

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00368-CR

Peter Mark **LEE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 493014
Honorable Genie Wright, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 2, 2017.

_____
Irene Rios, Justice